■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER CRONK, Appellant. [953 NYS2d 180]—Appeal from an order of the Onondaga County Court (Joseph E. Fahey, J.), entered June 7, 2011. The order determined that defendant is a level three risk pursuant to the Sex Offender Registration Act.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Centra, J.P., Peradotto, Carni, Lindley and Sconiers, JJ.